Opinion filed June 16,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00149-CR

                                                    __________

 

                                 LUPE
TOVAR ALANIZ, Appellant

                                                             V.

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 350th District Court

                                                            Taylor
County, Texas

                                                   Trial
Court Cause No. 09528-D

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Lupe
Tovar Alaniz has filed in this court a motion to dismiss his appeal.  Pursuant
to Tex. R. App. P. 42.2, the
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

June 16, 2011                                                                          PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel[1]
consists of:  Wright, C.J.,

McCall, J., and Hill, J.[2]









[1]Rick Strange, Justice, resigned effective April 17,
2011.  The justice position is vacant pending appointment of a successor by the
governor.





 

[2]John G. Hill, Former Justice, Court of Appeals, 2nd
District of Texas at Fort Worth, sitting by assignment.